02-30003

To: Whom it may concern

My name is Paul Andrew Holzer #11458-026, I have wrote my sentencing Judge "Richard Mills" about an aquital that was owed to me upon my 70 month sentence on "Aug. 3, 2004", this aquital is for the building of the federal courthouse in 1997, I have been ordered by the judge not to write him a letter about this contract except through my attorney's, I have let James E. Elmore know about this contract and he has done nothing for me, this aquital contract is very real and I feel as if it has been forgotten about, Can you'll "the Clerk's office" write me and tell me how to renew this contract, I built the whole building that you'll are in added to the probation office, I did not delay the building of the place, "not one day", why is this payment thats owed to me in an aquital being unrecognized? Do I have to write the Justice Departement? or the Mayor of Springbield? I feel as though I'm just not writing the proper Federal Division to inquire about this Government Debt? Can I please have some assistance in this matter AS/AP? Thank you very much

Sincerely,
Paul J Holzer
#11458-026
Greenville, IL. 62246