TO: the office of the curcuit clerk
Record's department

I Need a copy of my Building for my aquital + Release from Here so I can go Home, can you'll please send me a copy of it so I can show the warden, and INstitutional Lawyer Here, seeing as you'll + Judge Mills are ignoring me!

Thankyou Very Much;

Paul A. Holzen
#11458-026

P.S. and also send this institution the proper aquital papers in order for me to get released!

thankyou