# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

**FILED**
MAR 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE: March 18, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL  62701

FROM: Gino J. Agnello, Clerk

RE: 04-3324
USA v. Holzer, Paul
02 CR 30003, Richard Mills, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                                **TO BE RETURNED AT LATER DATE:**
[ ]    Volumes of pleadings                                  [ ]
[ ]    Loose pleadings                                       [ ]
[ ]    Volumes of transcripts                                [ ]
[ ]    Volumes of exhibits                                   [ ]
[ ]    Volumes of depositions                                [ ]
[ ]    In Camera material                                    [ ]
[ ]    Other_____                        [ ]

       Record being retained for use                         [ ]
       in Appeal No. _____

Copies of this notice sent to:          Counsel of record
[X]    United States Marshal
[X]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __3/22/05_____     ___s/M Cooke_____
(1071-120397)                          Deputy Clerk, U.S. District Court

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 24, 2005

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellant,<br><br>No. 04-3324            v.<br><br>PAUL HOLZER,<br>    Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 02 CR 30003<br>]<br>] Richard Mills,<br>]    Judge. |

The following is before the court:

1. GOVERNMENT'S POSITION STATEMENT, filed on January 25, 2005, by counsel for the appellee.

2. DEFENDANT'S POSITION STATEMENT, filed on January 26, 2005, by counsel for the appellant.

IT IS ORDERED that the appellant's sentence is VACATED and the case is REMANDED for resentencing in light of *United States v. Booker*, 125 S.Ct. 738 (Jan. 12, 2005).

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit