IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 02-30003-001 |
| | ) |
| PAUL HOLZER, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SECOND AMENDED POSITION ON SENTENCING FACTORS

NOW COMES Defendant, **PAUL HOLZER,** by and through his attorney, JAMES E. ELMORE, and for his Second Amended Position On Sentencing Factors, states as follows:

1.  On July 22, 2004, Defendant filed his Amended Position on Sentencing Factors herein with his Court.

2.  In that amended filing, Defendant raised several objections to the Presentence Investigation Report.

3.  Defendant asserts the same objections raised in Defendant's Amended Position filed herein with this Court on July 22, 2004, mindful of the subsequent decision in the *United States v. Booker* wherein our Supreme Court found that the United States Sentencing Guidelines were merely advisory.

4.  Defendant, **PAUL HOLZER,** does not intend to call any witnesses at the sentencing hearing now set on July 5, 2005.

1

5.	Since the original sentencing in this cause in July of 2004, Defendant has obviously, been in the custody of the Federal Bureau of Prisons, and counsel for Defendant believes that since that time, Defendant, **PAUL HOLZER,** has had no infractions or tickets within the Bureau of Prisons and has been compliant during his incarceration.

**Respectfully Submitted,**

**PAUL HOLZER, Defendant**

By:	s/ James E. Elmore
James E. Elmore, Bar No. 7362691
ELMORE & REID
808 South Second Street
Springfield, IL  62704
Telephone:	217/523-2340
Fax:		217/523-2549
E-mail:  elmoreandreid@sbcglobal.net

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2005, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Gregory M. Gilmore          **greg.gilmore@usdoj.gov**

and I hereby certify that on June 29, 2005, I have mailed by United States Postal Service, the foregoing document to the following non-CM/ECF participant(s):

    Mr. Craig Reiser
    Kepner & Reiser
    1028 South Grand Avenue West
    Springfield, IL  62704

    Mr. Paul Holzer
    Inmate Number 11458-026
    Greenville FCI
    100 U.S. Hwy. 40
    Greenville, IL  62246

    s/ James E. Elmore
    James E. Elmore, Bar No. 7362691
    ELMORE & REID
    808 South Second Street
    Springfield, IL  62704
    Telephone:    217/523-2340
    Fax:          217/523-2549
    E-mail:  elmoreandreid@sbcglobal.net